| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 10/09/2013 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JACKSON, KENT W.                            §   Case No. 11-02340
                                                   §
                                                   §
Debtor(s)                                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/09/2013 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/06/2013          By:  Brian A. Audette
                                                    Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 10/09/2013 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JACKSON, KENT W.   §   Case No. 11-02340
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   607,367.00

*and approved disbursements of*   $   446,372.25

*leaving a balance on hand of* [1]   $   160,994.75

**Balance on hand:**   $   160,994.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   160,994.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 24,077.24 | 0.00 | 24,077.24 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 3,407.00 | 0.00 | 3,407.00 |
| Accountant for Trustee, Fees - Lois West, CPA | 984.00 | 0.00 | 984.00 |

Total to be paid for chapter 7 administration expenses:   $   28,468.24
Remaining balance:   $   132,526.51

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 132,526.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 132,526.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,248.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Jefferson Capital Systems LLC | 1,248.14 | 0.00 | 1,248.14 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,248.14 |
| Remaining balance: | $ | 131,278.37 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $          0.00 |
| Remaining balance: | $    131,278.37 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $          0.00 |
| Remaining balance: | $    131,278.37 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $8.33.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 131,270.04.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
                            Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kent W. Jackson  
      Debtor

Case No. 11-02340-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: nmolina      Page 1 of 1      Date Rcvd: Sep 09, 2013  
                     Form ID: pdf006     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2013.

```
db          #+Kent W. Jackson,    554 Orchard Lane,    Winnetka, IL 60093-4146
aty          +The law firm of Perkins Coie LLP,    131 South Dearborn Street Ste 1700,    Chicago, IL 60603-5559
16700702     +First American Bank,    Lebow Malecki & Tasch LLC,    903 Commerce Dr Ste 160,
               Oak Brook, Il 60523-8830
16700700     +Jackson Kent W,    554 Orchard Lane,    Winnetka, IL 60093-4146
16870232     +Jefferson Capital Systems LLC,    Purchased From ARROW FINANCIAL SERVICES,,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: AFS ASSIGNEE OF GE MONEY BANK
16700703     +Kimberly Lutz,    1404 Candlewood Lane,    Crystal Lake, IL 60014-8964
16700704     +Lebon Malecki Tasch LLC,    903 Commerce 160,    Oak Brook, IL 60523-8830
16700705     +Northshore University Healthsystem,    23056 Network Place,    Chicago, IL 60673-1230
16700706     +Ryan Alex, Inc.,    C/O McCarthy Duffy LLP,    180 N. LaSalle Street, Suite 1400,
               Chicago, IL 60601-2602
16700701     +Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
16700707     +Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2013 at the address(es) listed below:

```
          Anthony  Olivadoti     on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
          Brian  Audette     on behalf of Accountant    Popowcer Katten Ltd baudette@perkinscoie.com,
           IL32@ecfcbis.com
          Brian  Audette     on behalf of Trustee Brian  Audette baudette@perkinscoie.com,   IL32@ecfcbis.com
          Brian  Audette     baudette@perkinscoie.com,   IL32@ecfcbis.com
          Charles R. Gibbs, Jr.    on behalf of Trustee Brian  Audette cgibbs@perkinscoie.com,
           docketchi@perkinscoie.com
          Jordan  Galassie     on behalf of Trustee Brian  Audette jgalassie@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Martin D. Tasch     on behalf of Creditor    First American Bank c/o Martin D Tasch
           mtasch@taschlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rhonda  Stuart     on behalf of Creditor    First American Bank c/o Martin D Tasch
           rstuart@maleckitasch.com
          Thomas W Drexler     on behalf of Debtor Kent W. Jackson td@drexlaw.com,   drexler321@gmail.com
                                                                                             TOTAL: 10
```