# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: VIVANCO, GABRIEL | § | Case No. 11-35854 |
|---|---|---|
| VIVANCO, BERTHA ALICIA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $7,085.00
*(without deducting any secured claims)*

Assets Exempt: $22,110.00

Total Distribution to Claimants: $6,847.90

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $1,594.21

3) Total gross receipts of $ 32,478.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,036.48 (see **Exhibit 2**), yielded net receipts of $8,442.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,594.21 | 1,594.21 | 1,594.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,847.90 | 6,847.90 | 6,847.90 |
| **TOTAL DISBURSEMENTS** | $0.00 | $8,442.11 | $8,442.11 | $8,442.11 |

4)  This case was originally filed under Chapter 7 on August 31, 2011. The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2014_____    By: /s/Brian Audette_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gabriel Vivanco has a pending personal injury ca | 1129-000 | 32,478.59 |
| **TOTAL GROSS RECEIPTS** | | **$32,478.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VIVANCO, GABRIEL | Dividend paid 100.00% on $24,036.48; Claim# SURPLUS; Filed: $24,036.48; Reference:  Incorrect check generated for US BK Court | 8200-002 | 0.00 |
| VIVANCO, GABRIEL | Dividend paid 100.00% on $24,036.48; Claim# SURPLUS; Filed: $24,036.48; Reference: | 8200-002 | 24,036.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$24,036.48** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 1,594.21 | 1,594.21 | 1,594.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,594.21 | $1,594.21 | $1,594.21 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 627.38 | 627.38 | 627.38 |
| 1I | Discover Bank | 7990-000 | N/A | 1.24 | 1.24 | 1.24 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 699.01 | 699.01 | 699.01 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.38 | 1.38 | 1.38 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,346.97 | 2,346.97 | 2,346.97 |
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 4.63 | 4.63 | 4.63 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 1,033.78 | 1,033.78 | 1,033.78 |
| 4I | Capital One, N.A. | 7990-000 | N/A | 2.04 | 2.04 | 2.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Capital One, N.A. | 7100-000 | N/A | | 2,127.27 | 2,127.27 | 2,127.27 |
| 5I | Capital One, N.A. | 7990-000 | N/A | | 4.20 | 4.20 | 4.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $6,847.90 | $6,847.90 | $6,847.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35854
**Case Name:** VIVANCO, GABRIEL
VIVANCO, BERTHA ALICIA
**Period Ending:** 04/11/14

**Trustee:** (330232)   Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 08/31/11 (f)
**§341(a) Meeting Date:** 09/30/11
**Claims Bar Date:** 11/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Checking account with Chase Orig. Asset Memo: Imported from original petition Doc# 1 | 85.00 | 0.00 | | 0.00 | FA |
| 2 Household goods; TV, DVD player, TV stand, stere Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 Books, Compact Discs, Tapes/Records, Family Pict Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4 Necessary wearing apparel. Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 Earrings, watch, costume jewelry, wedding rings Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 6 Term Life Insurance - No Cash Surrender Value. Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 Gabriel Vivanco has a pending personal injury ca Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 32,478.59 | FA |
| 8 CHASE - 2004 Jeep Grand Cherokee Laredo (over 12 Orig. Asset Memo: Imported from original petition Doc# 1 | 4,775.00 | 0.00 | | 0.00 | FA |
| 8 Assets Totals (Excluding unknown values) | $7,085.00 | $0.00 | | $32,478.59 | $0.00 |

**Major Activities Affecting Case Closing:**

Case closed and trustee discharged 1/24/14.

Printed: 04/11/2014 04:30 PM    V.13.14

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35854

**Case Name:**   VIVANCO, GABRIEL
VIVANCO, BERTHA ALICIA

**Period Ending:** 04/11/14

**Trustee:**   (330232)   Brian Audette, Chapter 7 Trustee

**Filed (f) or Converted (c):**   08/31/11 (f)

**§341(a) Meeting Date:**   09/30/11

**Claims Bar Date:**   11/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 11-35854
**Case Name:** VIVANCO, GABRIEL
VIVANCO, BERTHA ALICIA
**Taxpayer ID #:** **-***5594
**Period Ending:** 04/11/14

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******2866 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/13 | {7} | Phillips Law Offices | Settlement | 1129-000 | 32,478.59 | | 32,478.59 |
| 08/20/13 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,594.21, Trustee Compensation; Reference: Incorrect check generated for US BK Court Voided on 08/20/13 | 2100-000 | | 1,594.21 | 30,884.38 |
| 08/20/13 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,594.21, Trustee Compensation; Reference: Incorrect check generated for US BK Court Voided: check issued on 08/20/13 | 2100-000 | | -1,594.21 | 32,478.59 |
| 08/20/13 | 102 | Discover Bank | Dividend paid 100.00% on $627.38; Claim# 1; Filed: $627.38; Reference: Incorrect check generated for US BK Court Voided on 08/20/13 | 7100-000 | | 627.38 | 31,851.21 |
| 08/20/13 | 102 | Discover Bank | Dividend paid 100.00% on $627.38; Claim# 1; Filed: $627.38; Reference: Incorrect check generated for US BK Court Voided: check issued on 08/20/13 | 7100-000 | | -627.38 | 32,478.59 |
| 08/20/13 | 103 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $699.01; Claim# 2; Filed: $699.01; Reference: Incorrect check generated for US BK Court Voided on 08/20/13 | 7100-000 | | 699.01 | 31,779.58 |
| 08/20/13 | 103 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $699.01; Claim# 2; Filed: $699.01; Reference: Incorrect check generated for US BK Court Voided: check issued on 08/20/13 | 7100-000 | | -699.01 | 32,478.59 |
| 08/20/13 | 104 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $2,346.97; Claim# 3; Filed: $2,346.97; Reference: Incorrect check generated for US BK Court Voided on 08/20/13 | 7100-000 | | 2,346.97 | 30,131.62 |
| 08/20/13 | 104 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $2,346.97; Claim# 3; Filed: $2,346.97; Reference: Incorrect check generated for US BK Court Voided: check issued on 08/20/13 | 7100-000 | | -2,346.97 | 32,478.59 |
| 08/20/13 | 105 | Capital One, N.A. | Dividend paid 100.00% on $1,033.78; Claim# 4; Filed: $1,033.78; Reference: Incorrect check generated for US BK Court Voided on 08/20/13 | 7100-000 | | 1,033.78 | 31,444.81 |
| 08/20/13 | 105 | Capital One, N.A. | Dividend paid 100.00% on $1,033.78; Claim# 4; Filed: $1,033.78; Reference: Incorrect check generated for US BK Court | 7100-000 | | -1,033.78 | 32,478.59 |

Subtotals :  $32,478.59   $0.00

{} Asset reference(s)

Printed: 04/11/2014 04:30 PM   V.13.14

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-35854
**Case Name:** VIVANCO, GABRIEL
VIVANCO, BERTHA ALICIA
**Taxpayer ID #:** **-***5594
**Period Ending:** 04/11/14

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******2866 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 08/20/13 | | | | |
| 08/20/13 | 106 | Capital One, N.A. | Dividend paid 100.00% on $2,127.27; Claim# 5; Filed: $2,127.27; Reference:  Incorrect check generated for US BK Court<br>Voided on 08/20/13 | 7100-000 | | 2,127.27 | 30,351.32 |
| 08/20/13 | 106 | Capital One, N.A. | Dividend paid 100.00% on $2,127.27; Claim# 5; Filed: $2,127.27; Reference:  Incorrect check generated for US BK Court<br>Voided: check issued on 08/20/13 | 7100-000 | | -2,127.27 | 32,478.59 |
| 08/20/13 | 107 | VIVANCO, GABRIEL | Dividend paid 100.00% on $24,036.48; Claim# SURPLUS; Filed: $24,036.48; Reference: Incorrect check generated for US BK Court<br>Voided on 08/20/13 | 8200-002 | | 24,036.48 | 8,442.11 |
| 08/20/13 | 107 | VIVANCO, GABRIEL | Dividend paid 100.00% on $24,036.48; Claim# SURPLUS; Filed: $24,036.48; Reference: Incorrect check generated for US BK Court<br>Voided: check issued on 08/20/13 | 8200-002 | | -24,036.48 | 32,478.59 |
| 08/20/13 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Incorrect check generated for US BK Court<br>Voided on 08/20/13 | 7990-000 | | 13.49 | 32,465.10 |
| 08/20/13 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Incorrect check generated for US BK Court<br>Voided: check issued on 08/20/13 | 7990-000 | | -13.49 | 32,478.59 |
| 08/20/13 | 109 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,594.21, Trustee Compensation;  Reference: | 2100-000 | | 1,594.21 | 30,884.38 |
| 08/20/13 | 110 | VIVANCO, GABRIEL | Dividend paid 100.00% on $24,036.48; Claim# SURPLUS; Filed: $24,036.48; Reference: | 8200-002 | | 24,036.48 | 6,847.90 |
| 08/20/13 | 111 | Capital One, N.A. | Combined Check for Claims#4,5,4I,5I | | | 3,167.29 | 3,680.61 |
| | | | Dividend paid 100.00%    1,033.78<br>on $1,033.78;  Claim# 4;<br>Filed: $1,033.78 | 7100-000 | | | 3,680.61 |
| | | | Dividend paid 100.00%    2,127.27<br>on $2,127.27;  Claim# 5;<br>Filed: $2,127.27 | 7100-000 | | | 3,680.61 |
| | | | Dividend paid 100.00%    2.04<br>on $2.04;  Claim# 4I;<br>Filed: $2.04 | 7990-000 | | | 3,680.61 |
| | | | Dividend paid 100.00%    4.20<br>on $4.20;  Claim# 5I; | 7990-000 | | | 3,680.61 |

Subtotals :          $0.00          $28,797.98

{} Asset reference(s)

Printed: 04/11/2014 04:30 PM    V.13.14

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 11-35854
**Case Name:** VIVANCO, GABRIEL
VIVANCO, BERTHA ALICIA
**Taxpayer ID #:** **-***5594
**Period Ending:** 04/11/14

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******2866 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $4.20 | | | | | |
| 08/20/13 | 112 | Discover Bank | Combined Check for Claims#1,1I | | | | 628.62 | 3,051.99 |
| | | | Dividend paid 100.00% on $627.38;  Claim# 1; Filed: $627.38 | 627.38 | 7100-000 | | | 3,051.99 |
| | | | Dividend paid 100.00% on $1.24;  Claim# 1I; Filed: $1.24 | 1.24 | 7990-000 | | | 3,051.99 |
| 08/20/13 | 113 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,2I | | | | 700.39 | 2,351.60 |
| | | | Dividend paid 100.00% on $699.01;  Claim# 2; Filed: $699.01 | 699.01 | 7100-000 | | | 2,351.60 |
| | | | Dividend paid 100.00% on $1.38;  Claim# 2I; Filed: $1.38 | 1.38 | 7990-000 | | | 2,351.60 |
| 08/20/13 | 114 | Quantum3 Group LLC as agent for | Combined Check for Claims#3,3I | | | | 2,351.60 | 0.00 |
| | | | Dividend paid 100.00% on $2,346.97;  Claim# 3; Filed: $2,346.97 | 2,346.97 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $4.63;  Claim# 3I; Filed: $4.63 | 4.63 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 32,478.59 | 32,478.59 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 32,478.59 | 32,478.59 | |
| Less: Payments to Debtors | | 24,036.48 | |
| **NET Receipts / Disbursements** | $32,478.59 | $8,442.11 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | 32,478.59 | 8,442.11 | 0.00 |
| | $32,478.59 | $8,442.11 | $0.00 |