**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JACKSON, KENT W.                    § Case No. 11-02340
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $219,600.00                Assets Exempt: $19,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $338,273.88     Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $78,075.31

---

   3) Total gross receipts of $ 607,367.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 191,017.81 (see **Exhibit 2**), yielded net receipts of $416,349.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $337,016.58 | $337,016.58 | $337,016.58 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 78,261.96 | 78,075.31 | 78,075.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,257.30 | 1,257.30 | 1,257.30 |
| **TOTAL DISBURSEMENTS** | $0.00 | $416,535.84 | $416,349.19 | $416,349.19 |

    4) This case was originally filed under Chapter 7 on January 21, 2011. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2013        By: /s/Brian Audette
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 554 Orchard Lane, Winnetka | 1110-000 | 607,367.00 |
| **TOTAL GROSS RECEIPTS** | | **$607,367.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| United States Department of Justice | CDCS #2013A50070/001; Oberfranc | 8500-002 | 59,552.17 |
| JACKSON, KENT W. | Dividend paid 100.00% on $131,465.64; Claim# SURPLUS; Filed: $131,465.64; Reference: | 8200-002 | 131,465.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$191,017.81** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brian Audette, Chapter 7 Trustee in case no. 11-2340 | 4110-000 | N/A | 253,884.14 | 253,884.14 | 253,884.14 |
| | Brian Audette, Chapter 7 Trustee in case no. 11-2340 | 4110-000 | N/A | 72,159.92 | 72,159.92 | 72,159.92 |
| | Brian Audette, Chapter 7 Trustee in case no. 11-2340 | 4700-000 | N/A | 10,037.52 | 10,037.52 | 10,037.52 |
| | Brian Audette, Chapter 7 Trustee in case no. 11-2340 | 4700-000 | N/A | 935.00 | 935.00 | 935.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$337,016.58** | **$337,016.58** | **$337,016.58** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 24,067.46 | 24,067.46 | 24,067.46 |
| Perkins Coie LLP | 3110-000 | N/A | 3,407.00 | 3,220.35 | 3,220.35 |
| Lois West, CPA | 3410-000 | N/A | 984.00 | 984.00 | 984.00 |
| Brian Audette, Chapter 7 Trustee in case no. 11-2340 Jackson | 3520-000 | N/A | 16,445.00 | 16,445.00 | 16,445.00 |
| Brian Audette, Chapter 7 Trustee in case no. 11-2340 Jackson | 3510-000 | N/A | 30,350.00 | 30,350.00 | 30,350.00 |
| Brian Audette, Chapter 7 Trustee in case no. 11-2340 Jackson | 3520-000 | N/A | 2,095.00 | 2,095.00 | 2,095.00 |
| Brian Audette, Chapter 7 Trustee in case no. 11-2340 Jackson | 3520-000 | N/A | 913.50 | 913.50 | 913.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $78,261.96 | $78,075.31 | $78,075.31 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jefferson Capital Systems LLC | 7100-000 | N/A | 1,248.14 | 1,248.14 | 1,248.14 |
| 2I | Jefferson Capital Systems LLC | 7990-000 | N/A | 9.16 | 9.16 | 9.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $1,257.30 | $1,257.30 | $1,257.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-02340  
**Case Name:** JACKSON, KENT W.

**Period Ending:** 12/27/13

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/28/11 (c)  
**§341(a) Meeting Date:** 06/07/11  
**Claims Bar Date:** 09/15/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  554 Orchard Lane, Winnetka<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600,000.00 | 199,372.31 | | 607,367.00 | FA |
| 2  N3162 Williams St, Lake Geneva,<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 35,000.00 | | 0.00 | FA |
| 3  Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4  Harris Bank checking account certificates of dep<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 5  Usual complement of household goods audio, video<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 6  Usual complement of man's clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Harris IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,300.00 | 1,300.00 | | 0.00 | FA |
| 8  Retirement, 401k, profit sharing benefits Give p<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 9  1996 Ford Ranger<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 10 2001 BMW 330<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$819,600.00** | **$249,672.31** | | **$607,367.00** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-02340  
**Case Name:** JACKSON, KENT W.

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/28/11 (c)  
**§341(a) Meeting Date:** 06/07/11

**Period Ending:** 12/27/13

**Claims Bar Date:** 09/15/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee's Motion to Approve Compromise of Lien Claim is scheduled for April 30, 2013.  Once approved, Trustee will be able to make the final distribution and prepare a final report.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 12/27/2013 11:36 AM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-02340
**Case Name:** JACKSON, KENT W.
**Taxpayer ID #:** **-***3009
**Period Ending:** 12/27/13

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******85-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/12 | | Brian Audette, Chapter 7 Trustee in case no. 11-2340 Jackson | | | 220,179.92 | | 220,179.92 |
| | {1} | | | 607,000.00 | 1110-000 | | 220,179.92 |
| | | | Settlement charges to seller | -16,445.00 | 3520-000 | | 220,179.92 |
| | | | Payoff of first mortgage loan to First American Bank | -253,884.14 | 4110-000 | | 220,179.92 |
| | | | Payoff of second mortgage loan to Wells Fargo Home Mortgage | -72,159.92 | 4110-000 | | 220,179.92 |
| | | | Earnest money held by Baird and Warner | -30,350.00 | 3510-000 | | 220,179.92 |
| | | | Credit buyer owner's policy | -2,095.00 | 3520-000 | | 220,179.92 |
| | | | Supplemental summary | -913.50 | 3520-000 | | 220,179.92 |
| | | | County taxes 01/01/11 to 12/31/11 @ $10,037.52/yr. | -10,037.52 | 4700-000 | | 220,179.92 |
| | | | County tax 01/01/12 to 02/03/12 | -935.00 | 4700-000 | | 220,179.92 |
| 06/06/12 | {1} | Malecki & Tasch LLC | Overpayment of payoff of second mortgage loan after closing | | 1110-000 | 367.00 | | 220,546.92 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033023288 20130103 | | 9999-000 | | 220,546.92 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 220,546.92 | 220,546.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 220,546.92 | |
| **Subtotal** | 220,546.92 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$220,546.92** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-02340  
**Case Name:** JACKSON, KENT W.

**Taxpayer ID #:** **-***3009  
**Period Ending:** 12/27/13

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-67 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/27/2013 11:36 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-02340
**Case Name:** JACKSON, KENT W.

**Taxpayer ID #:** **-***3009
**Period Ending:** 12/27/13

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ****730265 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 220,546.92 | | 220,546.92 |
| 05/09/13 | 11001 | United States Department of Justice | CDCS #2013A50070/001; Oberfranc | 8500-002 | | 59,552.17 | 160,994.75 |
| 10/09/13 | 11002 | Perkins Coie LLP | Dividend paid 100.00% on $3,220.35, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,220.35 | 157,774.40 |
| 10/09/13 | 11003 | Lois West, CPA | Dividend paid 100.00% on $984.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 984.00 | 156,790.40 |
| 10/09/13 | 11004 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $24,067.46, Trustee Compensation;  Reference: | 2100-000 | | 24,067.46 | 132,722.94 |
| 10/09/13 | 11005 | Jefferson Capital Systems LLC | Dividend paid 100.00% on $1,248.14; Claim# 2; Filed: $1,248.14; Reference: | 7100-000 | | 1,248.14 | 131,474.80 |
| 10/09/13 | 11006 | Jefferson Capital Systems LLC | Dividend paid 100.00% on $9.16; Claim# 2I; Filed: $9.16; Reference: | 7990-000 | | 9.16 | 131,465.64 |
| 10/09/13 | 11007 | JACKSON, KENT W. | Dividend paid 100.00% on $131,465.64; Claim# SURPLUS; Filed: $131,465.64; Reference: | 8200-002 | | 131,465.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 220,546.92 | 220,546.92 | $0.00 |
| | | | Less: Bank Transfers | | 220,546.92 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 220,546.92 | |
| | | | Less: Payments to Debtors | | | 131,465.64 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$89,081.28** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******85-65** | 220,546.92 | 0.00 | 0.00 |
| **Checking # 9200-******85-67** | 0.00 | 0.00 | 0.00 |
| **Checking # ****730265** | 0.00 | 89,081.28 | 0.00 |
| | $220,546.92 | $89,081.28 | $0.00 |

{} Asset reference(s)